[See Case No. 11,184.]

## Case No. 13,508.
### STOVER v. DENSLEY.
[1 Cranch, C. C. 267.] [1]

Circuit Court, District of Columbia. Dec. Term, 1805.

#### APPEARANCE—INSOLVENCY—DISCHARGE.

Quære, whether a defendant, discharged under the insolvent law, after arrest on a capias ad respondendum, and before the return, can be compelled to appear.

Assumpsit. The capias was returned "cepi—discharged under insolvent law."

Mr. Sprigg, for plaintiff, objected to the return without an appearance. THE COURT thought he could not compel an appearance; but gave him leave to move it again.